**RECEIVED**

DEC 2 2 2023

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY, CAMDEN

| | | |
|---|---|---|
| KAREN TUCKER, PRO SE | ) | COMPLAINT |
| PLAINTIFF | ) | YES JURY TRIAL DEMAND |
| VS. | ) | YES ORAL ARGUMENT |
| UNIVERSITY OF SCIENCE, ART & | ) | DOCKET NUMBER: |
| TECHNOLOGY COLLEGE OF MEDICINE | ) | |
| CARLA KONYK TULP, VICE PRESIDENT & | ) | |
| OF ADMISSIONS, ORIEN TULP, CHAIRMAN & | ) | |
| PRESIDENT, BRUCE ROBINSON, FRANTZ | ) | |
| SAINVIL, CHERYL CHANCE, KAREN | ) | |
| BALDWIN, JON DOE(S) DEFENDANT(S) | ) | |

COMPLAINT

I. Parties in this complaint:

Karen Tucker, Pro se Plaintiff
One Erynwood Avenue
Marlton, NJ 08053
(609) 923-9086
dr.katucker@yahoo.com

Carla M. Konyk, MBBS, Vice President & Director of Administration
Orien Tulp, Chairman, Bruce Robinson, President, Board Member and Professor: Frantz Sainvil,
Cheryl Chance, and Karen Baldwin; Jon Doe(s) Defendant(s)
University of Science, Arts and Technology, College of Medicine
4288 Youngfield Street
Wheat Ridge, Colorado 80033 USA
Office: 727-612-2223
Cell:    727-252-6205

**II. Basis for Jurisdiction**: Federal courts are courts of limited jurisdiction. There are four types
of cases that can be heard in federal court:

1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or
federal laws or treaties is a federal question case;

1

**X 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case;**

3) U.S. Government Plaintiff; and

4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? (check all that apply)

Federal Questions                **X Diversity of Citizenship**

U.S. Government Plaintiff     U.S. Government Defendant

If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Karen Tucker, Plaintiff(s) state(s) of citizenship is New Jersey

University of Science, Arts and Technology, College of Medicine, Defendant(s) state of citizenship is Colorado

Carla M. Konyk Tulp, Defendant(s) state of citizenship is Colorado

c.konyk@usat.edu; carla.konyk@gmail.com

Orien Tulp, Defendant(s) state of citizenship is Colorado

o.tulp@usat.edu

Bruce H. Robinson, Defendant(s) state of citizenship is Florida

b.robinson@usat.edu

Cheryl Chance, Defendant(s) state of citizenship is Delaware

cherylchancephd@hotmail.com

Frantz Sainvil, Defendant(s) state of citizenship is Florida

f.sainvil@usat.edu

Karen Baldwin, Defendant(s) state of citizenship is Colorado

karen.baldwin@usat.edu, (727) 612-2223

**Civil Nature of Suit Code Descriptions**

190 Other Contract Action primarily based on rights and obligations under a contract not classifiable elsewhere under the specific natures of suit under "Contract."

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

A. Where did the events giving rise to your claim(s) occur? The events giving rise to Karen Tucker, Plaintiff's complaint began with USAT.EDU online internet advertisement in the state of New Jersey consumer commerce marketplace for the University of Science, Arts, & Technology Medical College fast-tract accelerated Podiatry: DPM TO MD, Chiropractor: DC to MD, Physician Assistant: PA to MD. All class work were in the United States: Maryland, Colorado, Florida, Texas and online.

B. Karen Tucker, Plaintiff attended classes in Dallas, Arlington, Euless and Irving, Texas January 2015 – 2016.

C. Karen Tucker, Plaintiff attended anatomy lab in Miami, Florida

D. Karen Tucker, Plaintiff attended online class live lectures in Marlton, NJ January 2015-June 2019.

Start date January 2015 and location of in class course work was Texas, anatomy lab was in Florida and online courses were viewed in New Jersey and completion of USAT, Defendant(s) degrees occurred June 2018-2019 of requirements to earn Allopathic Medical Degree: Doctorate of Philosophy, Public Health Masters/Doctorate Degree, Master of Health Administration Degree, Master of Science in Acupuncture and Oriental Medicine (MSAOM) degree.

### SHORT PLAIN STATEMENT

Plaintiff was offered, entered and accepted a contract to attend University of Science, Arts and Technology College of Medicine to earn Allopathic MD Degree January 2015 that was an accredited degree in the United States for $22,870 dollars; stating,

"All transfer credits are evaluated under the guidelines established by the Educational Commission for Foreign Medical Graduates (ECFMG) of the U.S. prior to acceptance by The University of Science, Arts and Technology, Montserrat" as advertised on https://usat.edu/new-students/

turned out to be a false statement made willfully, knowingly and intentional under false pretenses and negligent misrepresentations by deceptive decision making process of all University of Science, Arts and Technology, College of Medicine Defendant(s) Carla M. Konyk, MBBS, Vice President & Director of Administration, Dr. Orien Tulp, Chairman, Dr. Bruce Robinson, President, Board Member and Professor: Dr. Frantz Sainvil, Dr. Cheryl Chance, and Karen Baldwin; Jon Doe(s) Defendant(s) that are the proximate cause loss tuition, loss of income, harm of emotional distress and mental anguish due loss of ECFMG Certification to test, to be eligible for residency training to practice medicine or seek employment in a multitude of industries shows Defendant(s) are liable for $6,000,000 million dollars monetary damages, damages,

3

ascertainable loss damages, compensatory damages, treble damages, emotional damages, punitive damages, relief and any alternative relief this court deems both just and proper.

## I. STATEMENT OF FACTS

1. Karen Tucker graduated from the New York College of Podiatric Medine June 1993 an completed Residency training at Wyckoff Heights Medical Center.

2. Karen Tucker gave transcripts to meet prerequisites for acceptance into University of Science, Arts and Technology College of Medicine (USAT) include:
   - Cheyney University, Undergraduate transcripts
   - New York College of Podiatric Medicine transcripts (NYCPM)
   - Strayer University, Master of Business Administration transcripts

3. Plaintiff was offered, entered and accepted a contract number 1804 date 11/30/2015 to attend University of Science, Arts and Technology College of Medicine to earn Allopathic MD Degree start date was January 2015 that was an accredited degree that would be certified by ECFMG to take USMLE exam, pursue licensure and employment within the United States of America for $22,870. Final payment was made on October 8, 2021.

4. Karen Tucker, Plaintiff argues she can establish and prove her allegations that the University of Science, Arts and Technology College of Medicine, Defendant(s) had promised its graduates would be certified under ECFMG, qualified to take USMLE licensing exam for physicians and would be able to enroll in the MATCH to pursue residency training . (Jeffers v. American University of Antigua, 3 N.Y.S.3d 335 (N.Y. App. Div. 2015).)

5. Karen Tucker, Plaintiff can argue that she can establish and prove her legal assertions that the University of Science, Arts and Technology College of Medicine, Defendant(s) broke their promises and allegedly breached their educational contract offered, accepted and entered with the Plaintiff shows Defendant(s) are the proximate cause of loss of tuition, opportunity to practice medicine, employment opportunities that a vast for valid MD Degree graduate and loss of income. Till v. Delta School of Commerce, Inc., 487 So.2d 180 (La. Ct. App. 1986).)

6. Karen Tucker graduated and received USAT MD Degree after all University of Science, Arts and Technology, College of Medicine Defendant(s) Carla M. Konyk, MBBS, Vice President & Director of Administration, Dr. Orien Tulp, Chairman, Dr. Bruce Robinson, President, Board Member and Professor: Dr. Frantz Sainvil, Dr. Cheryl Chance, and Karen Baldwin; Jon Doe(s) Defendant(s) agreed on a recorded live zoom call that the USAT Contract was valid for payment of $22,870 December 2021 for medical education that can show the extortion process against Plaintiff for excessive payments for additional degrees completed agreed with Dr. Orien Tulp to pursue MD-MPH that transcripts and copy of Diploma shows was awarded but not received. Dr. Orien Tulp, Defendant(s) told Plaintiff to continue taking courses at no added cost added to contract to pursue MD-DPH-PhD doctorate of public health, philosophy and traditional Chinese medicine that was completed with honors. There are many civil suits by students engaged in litigation against USAT and US Government agencies to show truthfulness see TULP v. EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES CEO (2020)

4

7. Karen Tucker, Plaintiff was in multiple motor vehicle accidents and as a result; of inability to work was the reason Dr. Orien Tulp, Defendant told Karen Tucker, Plaintiff to pursue more degrees at no added cost that would be included with the MD Curriculum and were new degree programs he believed Plaintiff could excel and complete occurred.

8. Dr. Orien Tulp, Defendant also recommended that Karen Tucker, Plaintiff pursue a Doctorate of Business Administration degree in Health Administration at Walden University that he had negotiated a means to pay USAT tuition and a discount fee to attend Walden University and transfer of USAT credits and Plaintiff's MBA degree transcript credits from Strayer University did occur.

9. Karen Tucker, Plaintiff sent $14,395 balance final payment from Janet Wakefield Dixon to Carla Konyk, Defendant(s) that she initially agreed to accept. After Plaintiff pursued legal counsel December 2021 USAT Defendant(s) accepted payment for only MD degree.

10. Dr. Orien Tulp, Defendant(s) never disputed that he made agreement with Karen Tucker, Plaintiff to pursue more degrees included with the allopathic medical degree. Dr. Cheryl Chance, Defendant(s) asked Dr. Orien Tulp, Defendant(s) during our class if he granted Karen Tucker, Plaintiff the right to continue taking course work towards multiple degrees without any added payment and he said yes; and Dr. Chance continued the course because Plaintiff was the only student. The same inquiry was made by Dr. Eleana Wu and she was told by Dr. Orien Tulp, Defendant(s) that Plaintiff could complete the course at no added fees.

11. Carla Konyk, Defendant(s) never denied that Dr. Orien Tulp made a verbal agreement with Karen Tucker, Plaintiff but sent several text message asking why USAT should accept $22,870 dollars for all the degrees earned with the MD degree: PhD, DrPH-MPH-MHA, and MSAOM.

12. Carla Konyk, Defendant(s) alleged extortion of money by sending a multitude of monetary request in amounts from $95,000 to 33,000 by text messages and non disclosure agreements that were sent by email to Karen Tucker, Plaintiff that Plaintiff declined to sign or pay.

13. Karen Tucker, Plaintiff can present factual exculpatory material evidence that can show the reason for the delay of Karen Tucker, Plaintiff receiving physical Diploma and certified official transcript with only basic science coursework from the New York College of Podiatric Medicine that  after all University of Science, Arts and Technology, College of Medicine Defendant(s) Carla M. Konyk, MBBS, Vice President & Director of Administration, Dr. Orien Tulp, Chairman, Dr. Bruce Robinson, President, Board Member and Professor:  Dr. Frantz Sainvil, Dr. Cheryl Chance, and Karen Baldwin; Jon Doe(s) Defendant(s) knew or should have known would allegedly result in willfully, knowingly and intentional negligent misrepresentation of education transcript credentials for completion of the worldwide and ECFMG medical college/university requirements for an allopathic medical degree is a claim for negligence, breach of contract, NJ Consumer Fraud,  negligent misrepresentation, emotional distress and mental anguish.

14. Karen Tucker, Plaintiff had no knowledge that her USAT, Defendant(s) MD Degree and transcript did not meet the requirements for a allopathic medical degree worldwide and including

5

the United States and could be allegedly construed as misrepresenting education and presenting fraudulent credentials was discovered on July 10, 2023.

15. Karen Tucker, Plaintiff paid and applied to Educational Commission for Foreign Medical Graduates (ECFMG) to take Step I, CK Skills and V/VI $^{TH}$ Pathways.

16. ECFMG Certification is the standard for evaluating the qualifications of international medical graduates (IMGs) entering the U.S. health care system. The Accreditation Council for Graduate Medical Education (ACGME) requires IMGs who enter ACGME-accredited residency or fellowship programs to be certified by ECFMG.

17. Karen Tucker received an email from ECFMG representative Naima Kirk saying that I was not eligible to for ECFMG certification as follows below:

### E.   What date and approximate time did the events giving rise to your claim(s) occur?

**Kirk, Naima**
**From:**nkirk@ecfmg.org
**To:** KTUCKER TUCKER
Mon, Jul 10 2023 at 10:02 AM
Dear Doctor,
Please be advised that we reviewed your medical education credentials and the verification received from your medical school, University of Science, Arts & Technology (USAT) Faculty of Medicine, Montserrat, and it appears you are not eligible for ECFMG® Certification as you do not meet the Transfer Credit Policy which states:
 All credits must have been transferred from a medical school that is either:
- located in the United States or Canada and listed in the *World Directory*, or
- listed in the *World Directory* with an ECFMG note stating it meets ECFMG eligibility requirements.
- Credits must be for courses that were passed at the medical school at which the course was taken.
- Credits may only be transferred from **one** medical school to the medical school which awards the final degree.

As your previous school, New York College of Podiatric Medicine, from which you transferred credits to USAT is not listed in the World Directory of Medical Schools, you are not eligible for ECFMG Certification.

You currently have a credit of $1,985.00 in your ECFMG financial account. If you would like a refund of this credit, please contact our Finance Department at finance@ecfmg.org.

On Saturday, August 12, 2023 at 05:30:15 PM EDT, Carla Konyk – Director/Vice President <c.konyk@usat.edu> wrote:

Dear Ms. Tucker,

Thank you for your email of August 8, 2023.

6

On August 6, 2023, USAT requested you to supply the advertisement to which you refer in your email labeled "Action Plan", dated July 31, 2023. Please supply the advertisement and means to find the advertisement.
Also what classes do you wish USAT to certify?

In your email, dated August 8, 2023, you claim the following:
"This is a USAT problem as the only institution worldwide that did not follow the rules, regulations and law. There are no medical schools that transfer credits from other non medical school colleges/universities."

USAT does not understand what you mean by this. Are you saying that podiatry schools are "non-medical school colleges/universities."? USAT views podiatry as a licensed medical specialty.

Regards,
Carla M. Konyk

On Monday, September 4, 2023 at 02:57:00 PM EDT, Carla Konyk – Director/Vice President <c.konyk@usat.edu> wrote:

Dear Ms. Tucker,

Thank you for your email of August 28, 2023.

USAT has responded, and continues to respond, to your emails.

In 2020, Touro College and University System announced the plan to add the New York College of Podiatric Medicine.

In your recent email, dated July 24, 2023, you stated the solution was for USAT to "Certify Unofficial transcripts and add the grades and course work to my final transcript." As USAT has asked you before, and is again asking you: what grades and coursework are you requesting USAT to enter on your transcript?

Regards,

Carla M. Konyk, MBBS,

Vice President & Director of Administration

University of Science, Arts and Technology,

College of Medicine

18. Karen Tucker, Plaintiff can establish and prove that the University of Science, Arts and Technology, College of Medicine Defendant(s) Carla M. Konyk, MBBS, Vice President & Director of Administration, Dr. Orien Tulp, Chairman, Dr. Bruce Robinson, President, Board Member and Professor: Dr. Frantz Sainvil, Dr. Cheryl Chance, and Karen Baldwin; Jon Doe(s) Defendant(s) **did not exercise reasonable care in providing the information at issue.**

19. Karen Tucker, Plaintiff has studied immensely, presently suffers negligent infliction emotional distress and mental anguish due to loss of opportunity for 2 years to meet the requirements to take USMLE exam, meet December 31, 2023 5th/6th pathway opportunity and

7

denied permanently from ever getting certified by ECFMG due to new policies as a result of University of Science, Arts and Technology, College of Medicine Defendant(s) Carla M. Konyk, MBBS, Vice President & Director of Administration, Dr. Orien Tulp, Chairman, Dr. Bruce Robinson, President, Board Member and Professor:  Dr. Frantz Sainvil, Dr. Cheryl Chance, and Karen Baldwin; Jon Doe(s) Defendant(s) **willfully, knowingly and intentionally failed to follow their on policy regarding transfer credits and failed to certify basic science coursework Plaintiff successfully completed that meet the requirements of ECFMG shows Defendant(s) are liable for $6,000,000 million dollars emotional damages as the proximate cause of negligent infliction of emotional distress, mental anguish and humiliation.**

20.  Karen Tucker, Plaintiff asserts she has suffered severe emotional distress and mental anguish because of the Defendant(s) alleged negligence.

21.  Karen Tucker, Plaintiff states a claim against University of Science, Arts and Technology, College of Medicine, Defendant(s), Carla Konyk, Defendant(s) for Misrepresentation of facilities, services, qualifications of staff, status, and employment prospects for students after training.

22.  Karen Tucker, Plaintiff states a claim against University of Science, Arts and Technology, College of Medicine, Defendant(s), Carla Konyk, Defendant(s) for negligent misrepresentation:

1) Plaintiff can show a representation made by University of Science, Arts and Technology, College of Medicine, Defendant(s), and Carla Konyk, Defendant(s) during their business or a transaction in which they have a pecuniary interest;
2) the Defendant(s) supplies false information;
3) for the guidance of others in their business;
4) Karen Tucker, Plaintiff was one of a limited class to whom the University of Science, Arts and Technology, College of Medicine, Defendant(s), and Carla Konyk, Defendant(s) intended to supply the information;
5)  University of Science, Arts and Technology, College of Medicine, Defendant(s), and Carla Konyk, Defendant(s) defendant did not exercise reasonable care or competence in obtaining or communicating the information (otherwise stated as acted negligently); and
6) Karen Tucker, Plaintiff justifiably relied on the representation and suffered a loss of tuition and loss of income as a result.

23.  Karen Tucker, Plaintiff can show **cause of action** against the University of Science, Arts and Technology, College of Medicine Defendant(s) Carla M. Konyk, MBBS, Vice President & Director of Administration, Dr. Orien Tulp, Chairman, Dr. Bruce Robinson, President, Board Member and Professor:  Dr. Frantz Sainvil, Dr. Cheryl Chance, and Karen Baldwin; Jon Doe(s) Defendant(s) **that has negligently performed legal obligation to verify** whether NYCPM Podiatry College transcript credits meet the New York College of Podiatric Medicine was listed in the World Directory of medical colleges and universities to transfer basic science course work credits that meet the ECFMG eligibility requirements for certification of medical education to earn an allopathic medical degree that shows a service for the benefit of others. Plaintiff has met her burden of proof to establish and prove the Defendant(s) intends the Plaintiff to rely on them, and the Plaintiff does rely, causing pecuniary loss.

24. Karen Tucker, Plaintiff can show the Defendant(s) had a duty of care. Plaintiff can establish and prove that University of Science, Arts and Technology, College of Medicine Defendant(s) Carla M. Konyk, MBBS, Vice President & Director of Administration, Dr. Orien Tulp, Chairman, Dr. Bruce Robinson, President, Board Member and Professor: Dr. Frantz Sainvil, Dr. Cheryl Chance, and Karen Baldwin; Jon Doe(s) Defendant(s) is claim against the breaching party of duty of care; Defendant(s) **did not exercise reasonable care in providing the information at issue that applies to both the steps taken in obtaining it and the care used in communicating it.**

25. Plaintiff asserts the University of Science, Arts and Technology, College of Medicine Defendant(s) Carla M. Konyk, MBBS, Vice President & Director of Administration, Dr. Orien Tulp, Chairman, Dr. Bruce Robinson, President, Board Member and Professor: Dr. Frantz Sainvil, Dr. Cheryl Chance, and Karen Baldwin; Jon Doe(s) Defendant(s) **are persons that have a public duty to supply the information, liability extends to loss suffered by any of the class of persons for whose benefit the duty exists, in any of the transactions in which it is intended to protect them are liable for failure to perform duty of care, public duty, privity duty, legal duty, contract duty and proximate cause of economic harm to Plaintiff.**

26. Karen Tucker, Plaintiff states a claim for educational mal practice against USAT Defendant(s), Carla M. Konyk, MBBS, Vice President & Director of Administration; Orien Tulp, Chairman, Bruce Robinson, President, Board Member and Professor: Frantz Sainvil, Cheryl Chance, and Karen Baldwin; Jon Doe(s) Defendant(s).

27. Karen Tucker, Plaintiff states a claim for Misrepresentation of facilities, services, qualifications of staff, status, and employment prospects for students after training against USAT Defendant(s), Carla M. Konyk, MBBS, Vice President & Director of Administration; Orien Tulp, Chairman, Bruce Robinson, President, Board Member and Professor: Frantz Sainvil, Cheryl Chance, and Karen Baldwin; Jon Doe(s) Defendant(s).

(a) It is deceptive for an Industry Member to misrepresent, directly or indirectly, expressly or by implication, in advertising, promotional materials, recruitment sessions, or in any other manner, the size, location, services, facilities, curriculum, books and materials, or equipment of its school or the number or educational qualifications of its faculty and other personnel. For example, an Industry Member should not:

(9) Misrepresent the extent to which a prospective student will receive credit for courses or a program of instruction already completed at other postsecondary institutions.

28. Karen Tucker, Plaintiff states a claim against the University of Science, Arts and Technology, College of Medicine Defendant(s) Carla M. Konyk, MBBS, Vice President & Director of Administration, Dr. Orien Tulp, Chairman, Dr. Bruce Robinson, President, Board Member and Professor: Dr. Frantz Sainvil, Dr. Cheryl Chance, and Karen Baldwin; Jon Doe (s) Defendant(s) for Rule 9. Pleading Special Matters (b) Fraud or Mistake; Conditions of Mind. 29. Plaintiff alleges fraud or mistake, stating with particularity the Defendant(s) failed to perform their legal obligation, allegedly breached duty of care, breached written contract duty, breached public duty, and breached privity duty to confirm New York College of Podiatric

9

Medicine was listed in the World Directory of medical colleges and universities to transfer basic science course work credits towards completion of USAT Medical college degree that meet the ECFMG eligibility requirements for certification of medical education to earn a valid non fraudulent allopathic medical degree are circumstances constituting fraud or mistake.

30. Karen Tucker, Plaintiff **states a claim for unfair and deceptive practices** against University of Science, Arts and Technology, College of Medicine Defendant(s) Carla M. Konyk, MBBS, Vice President & Director of Administration, Dr. Orien Tulp, Chairman, Dr. Bruce Robinson, President, Board Member and Professor: Dr. Frantz Sainvil, Dr. Cheryl Chance, and Karen Baldwin; Jon Doe (s) Defendant(s).

31. Karen Tucker, Plaintiff can show Defendant(s) made a representation, omission, or practice that misleads or is likely to mislead the Karen Tucker, Plaintiff consumer of purchase of medical education and allegedly failed to provide promised services to confirm:

All Karen Tucker, transfer credits from NYCPM are evaluated under the guidelines established by the Educational Commission for Foreign Medical Graduates (ECFMG) of the U.S. prior to acceptance by The University of Science, Arts and Technology, Montserrat.

32. Karen Tucker, Plaintiff can establish and prove that University of Science, Arts and Technology, College of Medicine Defendant(s) Carla M. Konyk, MBBS, Vice President & Director of Administration, Dr. Orien Tulp, Chairman, Dr. Bruce Robinson, President, Board Member and Professor: Dr. Frantz Sainvil, Dr. Cheryl Chance, and Karen Baldwin; Jon Doe (s) Defendant(s) claims made with knowledge that they are false will also be presumed to be material.

33. Karen Tucker, Plaintiff states claim against University of Science, Arts and Technology, College of Medicine Defendant(s) Carla M. Konyk, MBBS, Vice President & Director of Administration, Dr. Orien Tulp, Chairman, Dr. Bruce Robinson, President, Board Member and Professor: Dr. Frantz Sainvil, Dr. Cheryl Chance, and Karen Baldwin; Jon Doe (s) Defendant(s) for Restatement (3d) of Torts: Liability for Economic Harm for suppling information for the guidance of the Plaintiff and of others in their business transactions; that can show the Defendant(s) intended to influence the transaction for USAT medical college tuition and payment for ECFMG certification, applications for residency training and employment as a physician, or career in academia, health, science or biotechnology in which the plaintiff's reliance produced the loss.

34. Karen Tucker, Plaintiff can show the University of Science, Arts and Technology, College of Medicine Defendant(s) Carla M. Konyk, MBBS, Vice President & Director of Administration, Dr. Orien Tulp, Chairman, Dr. Bruce Robinson, President, Board Member and Professor: Dr. Frantz Sainvil, Dr. Cheryl Chance, and Karen Baldwin; Jon Doe (s) Defendant(s) **should have reasonably foreseen that Karen Tucker, Plaintiff was likely to rely on the information**

35. Karen Tucker, Plaintiff's justifiable or reasonable reliance on the Defendant(s) caused her pecuniary loss. Karen Tucker, Plaintiff has met her burden of showing that the harm would not have occurred but for the false statement, and that the misrepresentation was the proximate cause

10

of the loss shows Defendant(s) are liable for out of pocket loss, $6,000,000 million dollars monetary damages, compensatory damages, ascertainable loss damages, treble damages, punitive damages; relief of certifying transcripts for coursework Plaintiff completed at USAT, Defendant(s) medical college that meet the ECFMG requirements for certification.

### F. Facts:

## I. STATEMENT OF FACTS

1. Plaintiff can show USAT Defendant(s), Carla M. Konyk, MBBS, Vice President & Director of Administration; Orien Tulp, Chairman, Bruce Robinson, President, Board Member and Professor: Frantz Sainvil, Cheryl Chance, and Karen Baldwin; Jon Doe(s) Defendant(s) allegedly failed to perform their duty of care, contract duty, legal duty, privity duty, and a public duty legal obligation to provide services that meet reasonable standards to research whether the New York College of Podiatric Medicine was listed in the World Directory of medical colleges and universities to transfer basic science course work credits that meet the ECFMG eligibility requirements for certification of medical education and allopathic medical degree.

2. All Podiatric Colleges/Universities that are part of an academic college/university system that offer allopathic medicine are separate. Podiatry students that graduate or transfer to allopathic colleges/universities can use their transcript credits as pre-requisites for admission consideration.

3. USAT Defendant(s), Carla M. Konyk, MBBS, Vice President & Director of Administration; Orien Tulp, Chairman, Bruce Robinson, President, Board Member and Professor: Frantz Sainvil, Cheryl Chance, and Karen Baldwin; Jon Doe(s) Defendant(s) failed to understand that Podiatry medical colleges/universities in the United States earn a Doctorate of Podiatric Medicine that is limited license to medically and surgically treat and ailments that affect the foot and ankle; the academic criteria are similar but not equal to allopathic or osteopathic medical college.

4. In the United States Podiatrist are defined as physicians by the federal government for the purposes of billing for CMS/HCFA Medicare, Medicaid and private insurance payors. A DPM is a specialist in the prevention, diagnosis, and treatment of lower extremity disorders, diseases and injuries.

5. Worldwide and including the United States a health-care professional who has earned a medical degree, is clinically experienced, and is licensed to practice medicine: a doctor of medicine or a doctor of osteopathic medicine.

Karen Tucker, Plaintiff states a claim against USAT Defendant(s), Carla M. Konyk, MBBS, Vice President & Director of Administration; Orien Tulp, Chairman, Bruce Robinson, President, Board Member and Professor: Frantz Sainvil, Cheryl Chance, and Karen Baldwin; Jon Doe(s) Defendant(s) for negligence showing:

Duty - The Defendant(s) owed a legal duty and a USAT, Defendant(s) written medical college contract duty to Karen Tucker, plaintiff under the circumstances;

Breach - The Defendant(s) breached their legal duty and contract duty by acting or failing to perform duty to know whether the New York College of Podiatric Medicine was listed in the World Directory of Medical Schools to be eligible for ECFMG Certification.

Causation - It was the Defendant's action or inaction was the proximate cause of Karen Tucker, Plaintiff's injury or harm not to be eligible for ECFMG Certification; residency training, medical license and employment opportunity qualified earning a valid allopathic medical degree.

Damages – Karen Tucker, Plaintiff was harmed or injured as a result; of the Defendant's actions are liable for $6,000,000 dollar monetary damages, compensatory damages, treble damage, and punitive damages and relief.

Plaintiff asserts that the purchase of USAT College Medical Education **shows the existence of a special or privity-like relationship that imposes a duty on** the USAT Defendant(s), Carla M. Konyk, MBBS, Vice President & Director of Administration; Orien Tulp, Chairman, Bruce Robinson, President, Board Member and Professor:  Frantz Sainvil, Cheryl Chance, and Karen Baldwin; Jon Doe(s) Defendant(s) **to impart correct information**.

## II. STATEMENT OF FACTS

USAT Defendant(s), Carla M. Konyk, MBBS, Vice President & Director of Administration; Orien Tulp, Chairman, Bruce Robinson, President, Board Member and Professor:  Frantz Sainvil, Cheryl Chance, and Karen Baldwin; Jon Doe(s) Defendant(s) referred to a list of Florida medical schools that they believed excepted Podiatry transfer credits turned out to be a false statement.

Plaintiff can show Allopathic Medical Colleges/Universities referenced by USAT Defendant(s) can review and consider Podiatry College/University transcript credits as meeting the prerequisite criteria for admissions.

3.  Podiatric Colleges/Universities that are part of an academic college/university system that offer allopathic medicine have separate admission requirements. Podiatry students that graduate or transfer to allopathic colleges/universities can use their transcript credits for pre-requisites admission consideration.

4. Karen Tucker, Plaintiff spoke December 2023 via telephone **(609) 826-7100** with New York College of Podiatric Medicine Micheal Trepal, Vice President and Dean of Admission.

5.  Dr. Trepal stated, "he was unaware of any medical schools that accept podiatry credits transferred into their program but they may accept credits as prerequisites for admissions."

6.  Dr. Trepal stated,  that he had no knowledge of the New York College of Podiatric Medicine program that would allow its students to transfer into Touro College and University System as stated on August 28, 2023 by Carla Konyk, Defendant(s) is a claim for negligent misrepresentation.

Karen Tucker, Plaintiff contacted all the Podiatry colleges affiliated with medical schools and programs referenced by USAT Defendant(s), Carla M. Konyk, MBBS, Vice President & Director of Administration, Orien Tulp, Chairman, Bruce Robinson, President, Board Member and Professor:

12

Frantz Sainvil, Cheryl Chance, and Karen Baldwin; Jon Doe(s) Defendant(s) discovering Podiatry credits maybe accepted as prerequisites that included the following institutions:

- Arizona: 623-572-3450,
- Barry University: 305-899-3249
- Des Moines University of College of Podiatry: 515-271-1464
- Scholl: 847-578-8400
- Kent State: 216-231-3300
- Samuel Merrit University: 510-869-8727
- Temple: 215-625-5400
- University of Texas: 956-665-6468
- Western University 909-706-3933
- Rutgers University admissions Kerry at 973-972-4640; 973-972-3877; 732-235-4565
- ROWAN
- PRINCETON
- UNIVERSITY OF FLORIDA COLLEGE OF MEDICINE
- University of Miami Leonard M. Miller School of Medicine
- Herbert Wertheim College of Medicine
- FAU Charles E. Schmidt College of Medicine
- USF Health Morsani College of Medicine
- Florida State University College of Medicine
- UCF College of Medicine
- Nova Southeastern University College Of Osteopathic Medicine
- American University of the Caribbean School of Medicine
- University of Florida College of Medicine – Jacksonville
- Lake Erie College of Osteopathic Medicine (LECOM)
- Mayo Clinic Alix School of Medicine

AMA
LCPME

NJ STATE BOARD OF MEDICAL EXAMINERS

| **Mailing Address** | **For Delivery Services** | **Telephone** (609) 826-7100 |
|---|---|---|
| P.O. Box 183 | 140 East Front Street | **Fax** (609) 826-7117 |
| Trenton, NJ 08625 | Trenton, New Jersey 08608 | **Email** bme@dca.lps.state.nj.us |

FLORIDA STATE BOARD OF MEDICAL EXAMINERS

Applicants to become a licensed Medical Doctor must meet either the requirements for Licensure by Endorsement or Licensure by Examination to proceed with the application process.

LICENSURE BY ENDORSEMENT

For Licensure by Endorsement, the requirements are as follows and can be found in Chapter 458.313 F.S.:

13

Be a graduate of an Allopathic US Medical School of a school recognized and approved by the US Office of Education (AMG) and completed at least one year of approved residency training

OR

Be a graduate of an allopathic international medical school (IMG) and have a valid Educational Commission for Foreign Medical Graduates (ECFMG) certificate and completed an approved residency of at least 2 years in one specialty area

OR

Be a graduate who has completed the formal requirements of an international medical school except the internship or social service requirement, passed parts I and II of the NBME or ECFMG equivalent examination, and completed an academic year of supervised clinical training (5th pathway) and completed an approved residency of at least 2 years in one specialty area

## III. STATEMENT OF FACTS

**1. Karen Tucker, Plaintiff can show the Defendants had a USAT, Defendant(s) medical education written contract duty to follow their own credit transfer policy,** Start, Continue or Finish Your Professional Journey at USAT! https://usat.edu/new-students/.

2. Plaintiff can show the Defendant(s) are the breaching party to the contract that failed to perform legal obligation duty of USAT Medical College contract 1804 required to do as written in advertised online policy for prerequisites for entrance and transcript credit transfer to confirm:

**All Karen Tucker, transfer credits are evaluated under the guidelines established by the Educational Commission for Foreign Medical Graduates (ECFMG) of the U.S. prior to acceptance by The University of Science, Arts and Technology, Montserrat. Prerequisites**
Premedical Entrance Requirements [All]: A minimum of 60 semester credits to include courses in:

Biological Sciences, Mathematics & Computer Sciences, Inorganic and Organic Chemistry, General Psychology & Social Sciences,
Electives of your choice, English Comprehension*, General Physics

*For some jurisdictions up to 4 semesters of English language may also be required.

Note: A Bachelor's degree or equivalent is the recommended minimum for admission to the MD option. The courses listed below are the minimum requirements to be considered when applying, and you must have a cumulative GPA of 3.0 or greater.
> Chemistry, Inorganic and Organic (Chem I & Chem II)
> Social Sciences (Sociology & Psychology)
> Computer Science (Intro to PC)
>
> Physics, General or Applied Physics
> Medical Terminology

14

Introductory Nutrition
Electives (up to 12 credits)

Please Note: The University of Science, Arts and Technology, Montserrat reserves the right to administer an entrance examination where admissions qualifications are uncertain. The basis of the examination includes an assessment to assist in proper placement of the student.

**Transfer Students**
Students may apply to The University of Science, Arts and Technology, Montserrat for transfer from any IMED, AVICENNA, or World Health Organization listed school or accredited College of Medicine or Osteopathic Medicine or the equivalent. Evaluation of transcripts is done on an individual basis. Students normally transfer previously completed coursework into the appropriate level of basic science or clinical science levels. The University of Science, Arts and Technology, Montserrat reserves the right to decline transfer credits of grade "C" or lower or those credits obtained through online coursework or other sources that have not been validated.

**All transfer credits are evaluated under the guidelines established by the Educational Commission for Foreign Medical Graduates (ECFMG) of the U.S. prior to acceptance by The University of Science, Arts and Technology, Montserrat.**

The University of Science, Arts and Technology, Montserrat recognizes that competency may be achieved in many subjects via alternative programs of medical education and field experiences. Applicants from non-WHO listed or alternative schools and colleges are invited to sit for competency testing in individual subjects for which they may be prepared and seek transfer credit for. A minimum pass rate of 70% on the US Testing Standard is required.

For Non-US applicants that have completed pre-medical or medical basic sciences coursework elsewhere, The University of Science, Arts and Technology, Montserrat will look at only those courses equivalent to its program classes with an earned GPA of 3.0 or greater when converted to the US standard.

Karen Tucker, Plaintiff alleges the Defendant(s) negligently violated or breached their duty; the negligence caused Karen Tucker, Plaintiff harm, and as a result, Karen Tucker, Plaintiff suffered losses and damages.

Karen Tucker, Plaintiff asserts facts that can establish and prove a material misrepresentation was made by the Defendant(s) can show the act of intentional hiding or fabrication of a material fact which, if known to the other party, could have terminated, or significantly altered the basis of, a contract, deal, or transaction. Defendant(s) material misrepresentation was the kind that would be likely to induce a reasonable person to manifest his assent, or that the maker knows would be likely to induce the recipient to do so.

Karen Tucker, Plaintiff is the party entitled to file this civil suit stating a claim claiming a breach of contract against USAT Defendant(s), Carla M. Konyk, MBBS, Vice President & Director of Administration; Orien Tulp, Chairman, Bruce Robinson, President, Board Member and Professor: Frantz Sainvil, Cheryl Chance, and Karen Baldwin; Jon Doe(s) Defendant(s).

EXHIBIT D

Karen Tucker, Plaintiff can produce a written 11/30/2015 contract number 1804 that exist between the Defendant(s) parties.



16



| Qty | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Application Fee | One-time, Non-refundable Fee. | 125.00 | 125.00 |
| | Matriculation Fee | Matriculation Fee. Non-refundable one time fee. | 600.00 | 600.00 |
| | Graduation Ch... | Graduation Ceremony and Awards Dinner | 900.00 | 900.00 |
| | Insurance | Professional Liability Insurance. One-time fee. | 895.00 | 895.00 |
| | Lab Fee Sept | Dissection Lab  M.A.R.C. | 500.00 | 500.00 |
| | Technology | Webinars and Electronic Media Fee | 250.00 | 250.00 |
| 4 | MD Program | | 4,900.00 | 19,600.00 |

We are proud to have you as our student.
Please remember that all tuition accounts must be paid in full prior to graduation. Thank you.

Billing Inqueries? Call    727-252-8205

| Total | USD 22,870.00 |
|---|---|
| Payments/Credits | USD -8,475.00 |
| Balance Due | USD 14 395 00 |

Plaintiff can prove that that a written contract existed:

1. Offer – USAT College of Medicine, Defendant(s) made a promise to do what:

All transfer credits are evaluated under the guidelines established by the Educational Commission for Foreign Medical Graduates (ECFMG) of the U.S. prior to acceptance by The University of Science, Arts and Technology, Montserrat or refrain from doing some specified action in the future.

2. Consideration - USAT College of Medicine, Defendant(s) promised the medical school of the University of Science, Arts and Technology was accredited by the Caribbean Accreditation Authority for Education in Medicine and other Health Professions (CAAM-HP). Students from 2003 to 2018 that graduate before 2019 can apply for their ECFMG Certification in exchange for the specified action of completion of:

Our specialized curriculum readily provides the dedicated emerging student with the necessary knowledge and preclinical skills necessary to succeed with practical applications of his/her learned skills. With our commitment to excellence and professionalism using the sciences and technology of medicine, dedicated students will be well prepared for worldwide medical systems. Those learned skills will serve them far beyond the date of graduation and well into the practical environment at the patients bedside.

17

Clinical Clerkship & Clinical Rotations: Clinical experiences may be taken in any sequence, for a total of not less than 80 weeks [80 credits] of clinical training for the award of the MD degree, and 60 weeks of clinical training for the MBBS degree. In addition, free elective lecture modules in areas of specialization may be taken throughout the duration of the clinical training.

The clinical training may be completed in any USAT approved hospital or clinical setting. International clinical experiences are strongly encouraged. It is recommended to blend cores and electives in any given clinical semester.

Year III & IV: Clinical Specialties: 80 weeks in duration, may be completed in any sequence. The designated specialty or substantial equivalent, and may be completed in any hospital or clinical environment approved by USAT.

Plaintiff paid USAT College of Medicine $22,870 dollars for, a promise to perform academic and clinical service, an agreement not to transfer coursework credit from New York College of Podiatric Medicine without evaluating whether they qualified under the guidelines established by the Educational Commission for Foreign Medical Graduates (ECFMG) of the U.S. prior to acceptance by The University of Science, Arts and Technology, Montserrat.

Karen Tucker, Plaintiff reliance on the promise turned out to be detrimental reliance of earning a worthless medical degree that is valid worldwide including the United States is a statement of a claim for fraud Rule 9(b) fraud against the USAT, Defendant(s); Carla M. Konyk, MBBS, Vice President & Director of Administration; Orien Tulp, Chairman, Bruce Robinson, President, Board Member and Professor: Frantz Sainvil, Cheryl Chance, and Karen Baldwin; Jon Doe(s) Defendant(s).

3. Acceptance – USAT, Defendant(s) made an offer to Karen Tucker, Plaintiff that was accepted unambiguously. Acceptance may be expressed through words, deeds or performance as called for in the contract. Generally, the acceptance must mirror the terms of the offer.

4. Mutuality - The contracting parties are USAT, Defendant(s) and Karen Tucker, Plaintiff had a meeting of the minds regarding the agreement. This means the parties understood and agreed to the basic substance and terms of the contract.

5. Karen Tucker, Plaintiff has met her burden of proof to prove of making a prima facie case that a contract existed.

6. Karen Tucker, Plaintiff states a claim for breach of contract against USAT Defendant(s), Carla M. Konyk, MBBS, Vice President & Director of Administration; Orien Tulp, Chairman, Bruce Robinson, President, Board Member and Professor: Frantz Sainvil, Cheryl Chance, and Karen Baldwin; Jon Doe(s) Defendant(s) that are liable for $6,000,000 million dollars monetary damages, damages, compensatory damages, treble damages and punitive damages and relief.

7. Karen Tucker, Plaintiff states a claim against USAT Defendant(s), Carla M. Konyk, MBBS, Vice President & Director of Administration; Orien Tulp, Chairman, Bruce Robinson, President, Board Member and Professor: Frantz Sainvil, Cheryl Chance, and Karen Baldwin; Jon Doe(s)

18

Defendant(s) for New Jersey Consumer Fraud Act. prohibiting any unconscionable commercial practice, deception, fraud, false pretense, false promise, misrepresentation, or the knowing concealment, suppression, or omission of any material fact shows Defendant(s) are liable for $6,000,000 million dollars monetary damages, damages, ascertainable damage, compensatory damages, treble damages, punitive damages and relief.

8. ASCERTAINABLE LOSS for Entry level Physicians in the State of New Jersey
Entry Level Doctor make in New Jersey?
The average Entry Level Doctor salary in New Jersey is $237,626 as of November 27, 2023, but the range typically falls between $205,744 and $265,793. Salary ranges can vary widely depending on the city and many other important factors, including education, certifications, additional skills, the number of years you have spent in your profession.

## Salaries by years of experience in Marlton, NJ

| Years of experience | per |
| --- | --- |
| Less than 1 year | $260,347 |
| 1 to 2 years | $160,686 |
| 3 to 5 years | - |
| 6 to 9 years | $258,524 |
| More than 10 years | $314,188 |

**Physicians near Cherry Hill, NJ**

- Newark, NJ     $432,140 per year
- Wayne, NJ     $327,415 per year
- Montclair, NJ     $299,755 per year
- Toms River, NJ     $291,569 per year
- Princeton, NJ     $279,436 per year
- Hackensack, NJ     $213,919 per year
- Voorhees, NJ     $203,779 per year
- Jersey City, NJ     $112,433 per year
- Edison, NJ     $103,289 per year

9. Karen Tucker, Plaintiff can show an alleged unlawful act was committed by Defendant(s) that this Court recommend to the US Attorney General for prosecution. Plaintiff has shown an ascertainable loss of $6,000,000million dollars over period 10-15 years; and a causal relationship between the conduct of the Defendant(s) and the ascertainable loss.

10. Karen Tucker, Plaintiff can show the Defendant(s) are allegedly in violation of the New Jersey Consumer fraud Act and liable for damages, ascertainable damages, compensatory damages, treble damages (three times the dollar amount of damage inflicted to the consumer) and attorney's fees and costs.

## IV. STATEMENT OF FACTS

1. Karen Tucker, Plaintiff completed all the required basic sciences course work at USAT, Defendant(s) institution that qualify under ECFMG certification standards require a certified transcript.

2. USAT, Defendant(s) Carla M. Konyk, MBBS, Vice President & Director of Administration, Orien Tulp, Chairman, Bruce Robinson, President, Board Member and Professor:  Frantz Sainvil, Cheryl Chance, and Karen Baldwin; Jon Doe(s) Defendant(s) **declined to certify an official transcript shows Defendant(s) alleged breach of contract.**

3. Karen Tucker, Plaintiff graduated with honors see Diploma exhibit "A',  Unacceptable transcript with just Podiatry basic science transfer credits exhibit "B". Acceptable transcript exhibit "C" basic science course work taken at USAT added to exhibit "B" would qualify for ECFMG certification seen below:

EXHIBIT A DIPLOMA



20

**EXHIBIT B**



## USAT

### *MONTSERRAT*
### OFFICIAL TRANSCRIPT

## UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, MONTSERRAT

Main Campus,
Camelot Estate, P.O. Box 506, South Mayfield Estate Drive, Olveston, Montserrat,
British West Indies *www.usat.edu*
Admissions Office
3442 Ash Street, Denver, CO 80207

NAME: Karen Tucker        I.D.:001- 1901    DOB: 5/24/1965
ADDRESS: 1 Erynwood Ave. Marlton, NJ 08053
EMAIL: drfoot12@yahoo.com
PREVIOUS INSTITUTIONS ATTENDED: NYC PODIATRIC MEDICINE, WYKOFF MED CENTER, Confrm'd DPM

MAJOR: MEDICINE
MATRICULATION DATE: 3/2015
DEGREE SOUGHT: MBBS/MD
Page 1 of 3

| DEPARTMENT | COURSE NR | TOPIC / COURSE TITLE | CREDITS | GRADE | QUALPTS | REMARKS |
|---|---|---|---|---|---|---|
| | | **TRANSFERRED FROM NEW YORK COLLEGE OF PODIATRIC MEDICINE** | | | | |
| | DORE5128 | RESEARCH METHODOLOGY | 1 | TPASS | | |
| | DMEDS124 | BASIC PODIATRY & CLINIC LAB | 2 | TPASS | | |
| | DMORP116 | HISTOLOGY/CELLBIOLOGY & LABA | 6 | TPASS | | |
| | DMCRO125 | IMMUNOLOGY | 3 | TPASS | | |
| | DPMED212 | PHYSICAL DIAGNOSIS & LAB | 1 | TPASS | | |
| | DMORP124 | GROSS ANATOMY & LAB | 7 | TPASS | | |
| | DMORP125 | NEUROSCIENCE & LAB | 3 | TPASS | | |
| | DMCRO216 | INFECTIOUS DISEASE & LAB | 6 | TPASS | | |
| | DPMED213 | EMERGENCY MEDICINE I & LAB | 1 | TPASS | | |
| | DCHMD235 | QUANTITATIVE METHODS | 1 | TPASS | | |
| | DPMED221 | DERMATOLOGY | 2 | TPASS | | |
| | DPMED226 | INTERNAL MEDICINE | 2 | TPASS | | |
| | DPMED236 | INTRO TO RADIOLOGY | 1 | TPASS | | |
| | DPMED239 | CLINICAL PHARMACY | 1 | TPASS | | |
| | DPMED239 | COMBINED MEDICAL DISCIPLINES | 1 | TPASS | | |
| | DSURG2230 | SURGICAL PRINCIPLES | 2 | TPASS | | |
| | DSURG224 | GENERAL ANESTHESIOLOGY & N2O | 3 | TPASS | | |
| | DPMED3102 | NUTRITION | 1 | TPASS | | |
| | DSURG3400 | COMBINED SURGICAL DISCIPLINES | 1 | TPASS | | |
| | DCHMD4328 | COMMUNITY MEDICINE | 2 | TPASS | | |
| | DCHMD4403 | ONCOLOGY - LECTURE SERIES | 1 | TPASS | | |
| | DPMED3453 | PHYSICAL MEDICINE BLOCK | 6 | TPASS | | |
| | DCHMD4316 | PSYCHOLOGY OF PRACTICE | 1 | TPASS | | |
| | | | 55 | | | |

///////////END OF PAGE ONE///////////

COMMENTS:

UNOFFICIAL STUDENT COPY

**Not Valid if Black and White.**    Registrar:_____    Date Issued:_____
USA (FL Cert Nr. L12000078671), Montserrat (Cert Nr. 17-2003)
Member Institution of Med Ed Central, WHO Global Alliance on Healthcare, WDOMS World Medical Schools, ASIC (UK) & IPSP (ITALY), AAHEA. AICP. USAT is IMED/FAIMER listed.
USAT is an Equal Opportunity Employer. © USAT 2015  *www.usat.edu*
*Excellence and Professionalism in Research and Education.*                    01/2015



# USAT

**MONTSERRAT**

OFFICIAL TRANSCRIPT

## UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, MONTSERRAT

Main Campus,
Camelot Estate, P.O. Box 506, South Mayfield Estate Drive, Olveston, Montserrat,
British West Indies www.usat.edu
Admissions Office
3442 Ash Street, Denver, CO 80207

NAME: Karen Tucker    I.D.:001- 1901    DOB 5/24/1965
ADDRESS: 1 Erynwood Ave. Marlton, NJ 08053
EMAIL: drfoot12@yahoo.com
PREVIOUS INSTITUTIONS ATTENDED: NYC PODIATRIC MEDICINE, WYKOFF MED CENTER,Confrm'd DPM

MAJOR: MEDICINE
MATRICULATION DATE: 3/2015
DEGREE SOUGHT  MBBS/MD
Page 2 of 3

| DEPARTMENT | COURSE NR | TOPIC / COURSE TITLE | CREDITS | GRADE | QUALPTS | REMARKS |
|---|---|---|---|---|---|---|
| | | **USAT BASIC SCIENCES/REVIEW OF ORGAN SYSTEMS** | | | | |
| | | Note:  Each Review of Systems [ROS] course outlined below includes topics of Emoryology, Anatomy, Histology, Physiology, Pathology, Pathophysiology, Pharmacology, and Clinical Diagnosis and Management as applied to the specific organ system under discussion at a Graduate level of instruction. | | | | |
| | | **ROS BLOCK I** | | | | |
| ANAT | BSC 501 | GROSS ANATOMY | 8 | P | CR | |
| ANAT | BSC 501L | FUNCTIONAL ANATOMY PRACTICUM/LAB [USAT-MARC, MIAMI] | 2 | P | CR | |
| MUSC | CSC 839 | MUSCULOSKELETAL SYSTEM | 7 | A- | 25.9 | |
| NEURO | CSC 843 | NEUROLOGY I | 7 | A- | 25.9 | |
| IMM | CSC 849 | IMMUNOLOGY | 7 | A+ | 30.1 | |
| | | BLOCK GPA | 31 | | | |
| | | **ROS BLOCK II** | | | | |
| ENDO | CSC 840 | ENDOCRINOLOGY | 7 | A | 28 | |
| RENAL | CSC 845 | RENAL SYSTEM | 7 | C | 14 | |
| | | BLOCK GPA | 14 | | | |
| | | CUM GPA | 45 | | | |
| | | **ROS  BLOCK III** | | | | |
| RESP | CSC 850 | RESPIRATORY MEDICINE | 7 | B | 21 | |
| MED | CSC 835 | REPRODUCTIVE MEDICINE | 7 | A- | 25.9 | |
| MED | CSC 836 | GASTROENTEROLOGY | 7 | C | 14 | |
| | | BLOCK GPA | 21 | | | |
| | | CUM GPA | 66 | | | |
| | | **ROS BLOCK IV** | | | | |
| CARDIO | CSC 837 | CARDIOVASULAR MEDICINE | 7 | A | 28 | |
| MED | CSC 838 | HEMATOLOGY & ONCOLOGY | 7 | A+ | 30.1 | |
| NEURO | CSC 843B | NEUROLOGY II | 7 | A | 28 | |
| | | BLOCK GPA | 21 | | | |
| | | CUM GPA | 87 | | | |
| | | **ADDITIONAL BASIC SCIENCES** | | | | |
| | BSC672W | PHARMACOLOGY | 3 | A | 12 | |
| | BSC501W | ANATOMY I | 3 | A | 12 | |
| | BSC526W | NUTRITIONAL CHEMISTRY | 3 | B+ | 9.9 | |
| | BSC553W | MEDICAL BUSINESS MANAGEMENT | 3 | A+ | 12.9 | |
| | BSC560W | INTRO TO DIAGNOSTIC MED IMAGING | 3 | A | 12 | |
| | BSC675W | INFECTIOUS DISEASES | 3 | A- | 11.1 | |
| | | BLOCK GPA | 18 | | | |
| | | CUM GPA | 105 | 3.59 | 340.8 | |

TRANSFERRED BASIC SCIENCES    55
CUM GPA BASIC SCIENCES    160
//////////END OF PAGE TWO//////////

COMMENTS

## UNOFFICIAL STUDENT COPY

**Not Valid If Black and White.**    Registrar:_____    Date Issued:_____

USA (FL Cert Nr  L12000078671), Montserrat (Cert Nr  17 2003)
Member Institution of Med Ed Central, WHO Global Alliance on Healthcare, WDOMS World Medical Schools, ASIC (UK) & IPSP (ITALY), AAHEA  AICP  USAT is IMED/FAIMER listed
USAT is an Equal Opportunity Employer. © USAT 2015  www.usat.edu

*Excellence and Professionalism in Research and Education.*    01/2015



**USAT**

*MONTSERRAT*

**OFFICIAL TRANSCRIPT**

# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, MONTSERRAT

Main Campus,
Camelot Estate, P.O. Box 506, South Mayfield Estate Drive, Olveston, Montserrat,
British West Indies *www.usat.edu*
Admissions Office
3442 Ash Street, Denver, CO 80207

NAME: Karen Tucker      I.D.:001- 1901    DOB: 5/24/1965
ADDRESS: 1 Erynwood Ave. Marlton, NJ 08053
EMAIL: drfoot12@yahoo.com
PREVIOUS INSTITUTIONS ATTENDED: NYC PODIATRIC MEDICINE, WYKOFF MED CENTER, Confrm'd DPM,

MAJOR: MEDICINE
MATRICULATION DATE: 3/2015
DEGREE SOUGHT. MBBS/MD
Page 3 of 3

| DEPARTMENT | COURSE NR | TOPIC / COURSE TITLE | | CREDITS | GRADE | QUALPTS | REMARKS |
|---|---|---|---|---|---|---|---|
| | | CLINICALS TRANSFERRED FROM NYC PODIATRIC MEDICINE/WYKOFF HEIGHTS MED CENTER | | | | | |
| | | PODIATRIC SURGERY, CLINIC AND WOUND CARE | | 4 | TPASS | | |
| | | PODIATRIC SURGERY, CLINIC AND WOUND CARE | | 4 | TPASS | | |
| | | PODIATRIC SURGERY, CLINIC AND WOUND CARE | | 4 | TPASS | | |
| | | FAM MED/EMERGENCY ROOM | | 4 | TPASS | | |
| | | GENERAL/PODIATRIC SURGERY | | 12 | TPASS | | |
| | | INTERNAL MEDICINE/FAMILY PRACTICE | | 4 | TPASS | | |
| | | EXTERNSHIP ROTATION | | 8 | TPASS | | |
| | | HOSP. PATHOLOGY/RADIOLOGY | | 4 | TPASS | | |
| | | | CUM TRANSFERRED CLINICALS | 44 | | | |
| | | ADVANCED TO CLINICAL TRAINING-UNIT I CLINICAL TRAINING | | | | | |
| | | | CLINICAL BLOCK I | | | | |
| | CA921 | OPTOMETRY/OPHTHALMOLOGY | | 2 | A+ | 8.6 | |
| | CA927 | FORENSIC PATHOLOGY | | 6 | A+ | 25.8 | |
| | | | | 0 | | | |
| | | | SEM GPA | 8 | | | |
| | | | CLINICAL BLOCK II | | | | |
| | CA930 | OB GYN | | 12 | A+ | 51.6 | |
| | | | | 0 | | | |
| | | | | 0 | | | |
| | | | SEM GPA | 12 | | | |
| | | | CLINICAL III | | | | |
| | CA904 | INTERNAL MEDICINE | | 12 | B | 36 | |
| | CA902 | FAMILY MEDICINE | | 4 | B | 12 | |
| | | | | 0 | | | |
| | | | SEM GPA | 16 | | | |
| | | | CLINICAL IV | | | | |
| | | | | 0 | | | |
| | | | | 0 | | | |
| | | | | 0 | | | |
| | | | SEM GPA | 0 | | | |
| | | | CLINICAL V | | | | |
| | | | | 0 | | | |
| | | | | 0 | | | |
| | | | | 0 | | | |
| | | | SEM GPA | 36 | | 134 | |
| | | | CUM CLINICAL GPA | 80 | 3.72 | 134 | |
| | | | CUM GPA BASIC SCIENCES | 160 | 3.59 | 340.8 | |
| | | | CUMULATIVE GPA | 240 | 3.62 | 474.8 | |
| | | //////////END OF TRANSCRIPT – NOTHING FOLLOWS////////// | | | | | |

COMMENTS:    AWARDED DOCTOR OF MEDICINE, CUM LAUDE, JUNE 11, 2016, CERT #11062016965,
AWARDED:    MASTER OF PUBLIC HEALTH, CUM LAUDE, JUNE 11, 2016, CERT #11062016475

**UNOFFICIAL STUDENT COPY**

**Not Valid if Black and White.**    Registrar:_____    Date Issued:_____

USA (FL Cert Nr. L12000078671), Montserrat (Cert Nr. 17-2003).
Member Institution of Med Ed Central, WHO Global Alliance on Healthcare, WDOMS World Medical Schools. ASIC (UK) & IPSP (ITALY), AAHEA. AICP  USAT is IMED/FAIMER listed
USAT is an Equal Opportunity Employer. © USAT 2015  www.usat.edu
*Excellence and Professionalism in Research and Education.*                     01/2015

Plaintiff can show the comments and awards are not correct which is a misrepresentation of credentials and breach of contract. Plaintiff did complete all the requirements for the Allopathic Medical Degree and Masters of Public Health degree but was only awarded Allopathic MD degree by video hearing legal counsel because Defendant(s) alleged extortion by Defendant(s) to received completed degrees earning MPH, DrPH/PhD, MHA and MSAOM

## EXHIBIT C

### USAT UNOFFICIAL GRADE REVIEW

**Student:**      Karen Tucker

**REVIEW OF SYSTEMS ADVANCED BASIC SCIENCES (ON SITE)**

| Lecture Month, Year | Test | Score | Grade Point | Credits | Qual Points | Notes |
|---|---|---|---|---|---|---|
| January 2016 | MUSCULOSKELETAL | 90% | 3.70 | 7.0 | 25.9 | |
| February 2016 | NEUROLOGY II | 97% | 4.00 | 7.0 | 28.0 | No evidence of proctor |
| March 2016 | IMMUNOLOGY | 100% | 4.30 | 7.0 | 30.1 | No signature of proctor |
| April 2016 | ENDOCRINOLOGY | 97% | 4.00 | 7.0 | 28.0 | No evidence of proctor |
| May 2015 | PSYCHOLOGY/BEHAVIORAL SCIENCES | 26% | 0.00 | 0.0 | 0.0 | includes 5.25 corr. Pts |
| June 2015 | RENAL SYSTEMS | 74% | 2.00 | 7.0 | 14.0 | no corrections submitted |
| July 2015 | RESPIRATORY | 86% | 3.00 | 7.0 | 21.0 | no corrections submitted |
| August 2015 | REPRODUCTIVE | 91% | 3.70 | 7.0 | 25.9 | no corrections submitted |
| September 2015 | GASTROENTEROLOGY | 76% | 2.00 | 7.0 | 28.0 | no corrections submitted |
| October 2015 | CARDIOLOGY | 97% | 4.00 | 7.0 | 28.0 | no corrections submitted |
| November 2015 | HEMATOLOGY/ONCOLOGY | 100% | 4.30 | 7.0 | 30.1 | Retaken 2/2016 |
| December 2015 | NEUROLOGY I | 91% | 3.70 | 7.0 | 25.9 | No evidence of proctor |

Eligible for Master of Science Degree after completing Review of Systems

### BASIC SCIENCES (VIA LIVE WEBINARS)

| Spring/2016 | Course | Grade | Quality Pts | Credits | Total Pts | MD |
|---|---|---|---|---|---|---|
| BSC502W | ANATOMY II | 97% | 4.00 | 3.0 | 12.0 | |
| BSC526W | NUTRITIONAL CHEMISTRY | 88% | 3.30 | 3.0 | 9.9 | |
| BSC553W | MEDICAL BUSINESS MANAGEMENT | 100% | 4.30 | 3.0 | 12.9 | |
| BSC560W | RADIOLOGY I | 95% | 4.00 | 3.0 | 12.0 | |
| BSC672W | PHARMACOLOGY III | 98% | 4.00 | 3.0 | 12.0 | |
| BSC675W | INFECTIOUS DISEASES | 91% | 3.70 | 3.0 | 11.1 | |
| BSC792W | FORENSIC PATHOLOGY I | 95% | 4.00 | 3.0 | 12.0 | |
| BSC794W | TOXICOLOGY AND MEDICAL PRACTICE | W | | 0.0 | 0.0 | |
| Fall 2016 | | | | | | MD |
| BSC529W | INORGANIC, PHYSICAL AND ORGANIC CHEMING | | | | | |
| Spring/2017 | | | | | | MD |

24

| Code | Course | % | GPA | Cr | QP | Note |
|---|---|---|---|---|---|---|
| BSC820W | MEDICAL WRITING | 95% | 4.00 | 3.0 | 12.0 | |
| TCM502W | BASIC SCIENCE FOUNDATIONS OF ACUPUNC | 99% | 4.00 | 3.0 | 12.0 | |
| **Spring 2019** | | | | | | |
| BSC574W | IMMUNOLOGY | 32% | 0.00 | 3.0 | 0.0 | |
| BSC569W | APPLIED CELLULAR BIOLOGY | 94% | 4.00 | 3.0 | 12.0 | |
| BSC682W | APPLIED GENETICS | 84% | 3.00 | 3.0 | 9.0 | |
| TCM503W | ACUPUNCTURE ANATOMY | 99% | 4.00 | 3.0 | 12.0 | |
| **Summer 2019** | | | | | | |
| BSC818W | MEDICAL EDITING & PUBLISHING | 95% | 4.00 | 3.0 | 12.0 | |
| TCM505W | ADVANCED ACUPUNCTURE I | 100% | 4.30 | 3.0 | 12.9 | |
| **Fall 2019** | | | | | | |
| BSC558W | INTERPROFESSIONAL HEALTHCARE TEAM | 100% | 4.30 | 3.0 | 12.9 | |
| TCM506W | ADVANCED ACUPUNCTURE II | 100% | 4.30 | 3.0 | 12.9 | |
| | | | | 0.0 | 0.0 | |
| | | | | 0.0 | 0.0 | |
| | | | | 0.0 | 0.0 | |
| | **CUM BASIC SCIENCES:** | | 3.67 | 179.0 | 656.6 | |

| Code | Course | % | GPA | Cr | QP | Note |
|---|---|---|---|---|---|---|
| BSC620W | FUNDAMENTALS OF GERONTOLOGY | 90% | 3.70 | 3.0 | 11.1 | |
| BSC789W | GENERAL PATHOLOGY | NG | | | | |
| BSC791W | GENERAL PATHOLOGY, CLINICAL FOUNDATIO | NG | | | | |
| BSC565W | CHEMISTRY OF DISEASE | NG | | | | |
| **Summer 2017** | | | | | | After MD |
| BSC350W | PUBLIC HEALTH | Pass | 0.00 | 0.0 | 0.0 | Retaken |
| BSC575W | EPIDEMIOLOGY | 0% | 0.00 | 0.0 | 0.0 | Retaken |
| BSC612W | MEDICAL AND LEGAL ETHICS | 99% | 4.00 | 3.0 | 12.0 | |
| BSC710W | SOCIOLOGY OF HEALTH | 95% | 4.00 | 3.0 | 12.0 | |
| BSC713W | CULTURAL DIVERSITY & HEALTH DISPARITIES | 95% | 4.00 | 3.0 | 12.0 | |
| **Fall 2017** | | | | | | |
| BSC568W | MEDICAL BIOMATERIALS, IMPLANTS AND DE | 0% | 0.00 | 3.0 | 0.0 | |
| BSC570W | MEDICAL BIOSTATISTICS | 0% | 0.00 | 0.0 | 0.0 | Retaken |
| **Spring 2018** | | | | | | |
| BSC212W | INTRODUCTION TO MEDICAL NUTRITION | 95% | 4.00 | 3.0 | 12.0 | |
| BSC350W | PUBLIC HEALTH | 91% | 3.70 | 3.0 | 11.1 | |
| BSC575W | EPIDEMIOLOGY | 91% | 3.70 | 3.0 | 11.1 | |
| BSC675W | PHARMACOLOGY, ANATOMY & PHYSIOLOGY | AUDIT | | | | |
| BSC814W | BIOCHEMISTRY | AUDIT | | | | |
| BSC820W | MEDICAL WRITING | 95% | 0.00 | 0.0 | 0.0 | Retaken |
| **Summer 2018** | | | | | | |
| BSC350W | PUBLIC HEALTH | AUDIT | | | | |
| BSC500W | ANATOMY I | AUDIT | | | | |
| BSC570W | MEDICAL BIOSTATISTICS | 90% | 3.70 | 3.0 | 11.1 | |
| BSC579W | CLINICAL EPIDEMIOLOGY | 92% | 3.70 | 3.0 | 11.1 | |
| BSC677W | PHARMACOLOGY, ANATOMY & PHYSIOLOGY | AUDIT | | | | |
| BSC812W | USMLE STEP 2 CK REVIEW | 100% | 4.30 | 3.0 | 12.9 | |
| BSC817W | BIOCHEMISTRY FOR THE BOARDS | 100% | 4.30 | 3.0 | 12.9 | |
| TCM501W | FOUNDATIONS OF TCM THEORY | 77% | 2.30 | 3.0 | 6.9 | |
| **Fall 2018** | | | | | | |
| BSC557W | PULMONOLOGY | 86% | 3.00 | 3.0 | 9.0 | |
| BSC681W | GENETICS | 99% | 4.00 | 3.0 | 12.0 | |
| BSC760W | INTRODUCTION TO CLINICAL MEDICINE | 97% | 4.00 | 3.0 | 12.0 | |
| BSC810W | USMLE STEP 1 REVIEW | 100% | 4.30 | 3.0 | 12.9 | |

25

**IV. Injuries**
**Karen Tucker, Plaintiff suffers from negligent infliction emotional distress, mental anguish and humiliation.**

**V. Demand for Relief Sought:**
**State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation**

1. What Plaintiff wants the Court to do is grant order against USAT College of Medicine, Defendant(s) to Certify Official Transcripts for all coursework completed that meet the requirements of ECFMG Certification and grant order for extension of time of policy deadline to take USMLE Exam and application for Fifth and Sixth Pathway.

2. What Plaintiff wants the Court to do is grant order for US Attorney General review for prosecution of USAT Defendant(s), Carla M. Konyk, MBBS, Vice President & Director of Administration; Orien Tulp, Chairman, Bruce Robinson, President, Board Member and Professor: Frantz Sainvil, Cheryl Chance, and Karen Baldwin; Jon Doe(s) Defendant(s).

3. What Plaintiff wants the Court to do is grant order against USAT College of Medicine Defendant(s) for $6,000,000 million dollars monetary damages. Compensatory damages, treble damages, ascertainable damages

4. What Plaintiff wants the Court to do is grant order against Carla Konyx, Defendant(s) for negligent misrepresentation $6,000,000 million dollars monetary damages, compensatory damages, treble damages, ascertainable damages and punitive damages and permanent injunction from holding administrative or executive leadership at any Academic/ Educational Institution worldwide including the United States of America.

5. What Plaintiff wants the Court to do is grant order against USAT Defendant(s), Carla M. Konyk, MBBS, Vice President & Director of Administration; Orien Tulp, Chairman, Bruce Robinson, President, Board Member and Professor: Frantz Sainvil, Cheryl Chance, and Karen Baldwin; Jon Doe(s) Defendant(s) for the following claims, damages, and any alternative relief this court deems both just and proper to achieve justice:

   1. Negligence
   2. Breach of Duty
   3. Breach of Contract
   4. Negligent Misrepresentation
   5. Misrepresentation of facilities, services, qualifications of staff, status, and employment prospects for students after training.
   6. Negligent Infliction of Emotional Distress, Mental Anguish and Humiliation
   7. Educational Mal Practice
   8. New Jersey Consumer Fraud Act
   9. Rule 9. Pleading Special Matters (b) Fraud or Mistake; Conditions of Mind.
   10. Restatement (3d) of Torts: Liability for Economic Harm
   11. Unfair and Deceptive Practice

26

12. DAMAGES
13. $6,000,000 million dollars monetary damages
14. $ 6,000,000 million dollars ascertainable loss damages
15. Compensatory damages
16. Treble damages
17. Punitive damages
18. Permanent Injunction
19. RELIEF
20. Any Other Additional Alternative Relief this Court Deems Both Just and Proper to Achieve Justice.
21. Application for Pro Bono Counsel
22. Application for Filling Fee Waiver
23. Federal Marshal Service of Summons, Complaint and Attachments to all Defendant(s) or Legal Counsel

JURY TRIAL DEMAND YES        ORAL ARGUMENT YES

Date:  December 22, 2023

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22 day of December 2023 *Karen Tucker. Pro Se Plaintiff electronic signature*.

Karen Tucker, Pro Se Plaintiff
One Ernwood Avenue
Marlton, NJ 08053
(609) 923-9086
helpme2plz@yahoo.com