CQ''462C'' *Tgx023 l2; ≠P L'26/17; NJ 10/21)  Qtf gt''q''Rtqeggf ''Y kj qw'Rtgr c{kpi 'Hggu'qt'Equvu''

## WP KVGF ''UVC VGU''F KUVT KE V'EQWTV ''

hqt''j g''

### F KUVT KE V'QH'P GY ''LGT UG[ ''

Rnckpvkhh*u+,''

x0''

F ghgpf cpv*u+0''

QTF GT ''QP ''CRRNKEC VKQP '''
VQ''RTQEGGF ''Y KVJ QWV'''
RTGRC[ O GP V''QH'HGGU''

''''''''Ekxkn'Cevkqp''P q0''

J cxkpi ''eqpukfgtgf ''j g''cr r nkecvkqp''q''r tqeggf ''y kj qw'r tgr c{o gpv''qh'hggu''wpf gt ''4: ''WUUE0' È3; 37.''**KV ''KU''QTF GTGF** ''j g''cr r nkecvkqp''ku<''

☐''''    **I TCP VGF** .''cpf ''

''''''☐''''    Vj g''engtm'ku''qtf gtgf ''q''hkng''j g''eqo r nckpv.''

''''''☐''''    **KV ''KU''HWT VJ GT ''QTF GTGF** .''j g''engtm'kuuwg''c''uwo o qpu''cpf ''j g''WU0'O ctuj cn''
''    ''    ugtxg''c''eqr {''qh'j g''eqo r nckpv.''uwo o qpu''cpf ''j ku''qtf gt ''wr qp''j g''f ghgpf cpv*u+''cu''
''    ''    f ktgevgf ''d {''j g''r nckpvkhh*u+0''Cnn'equvu''qh'ugtxkeg''uj cnn'dg''cf xcpegf ''d {''j g''Wpkvgf '''
''    ''    Uvcvgu0''

''''''☐''''    **F GP KGF** .''hqt ''j g''hqnnqy kpi ''tgcuqpu<''

''''''☐''''    **KV ''KU''HWT VJ GT ''QTF GTGF** .''j g''engtm'ku''qtf gtgf ''q''enqug''j g''hkng0''Rnckpvkhh*u+''
''    ''    o c{''uwdo kv'r c{o gpv''kp''j g''co qwpv''qh'**&622**''y kj kp''**14**''f c{u''htqo ''j g''f cvg''qh'j ku'''
''    ''    qtf gt ''q''tgqr gp''j g''ecug''y kj qwv''hwtvj gt ''cevkqp''htqo ''j g''Eqwtv0''

GP VGT GF ''j ku''    f c{''qh'''    ''''''''''.''    '' ulaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa''
''    ''    ''    ''    ''    ''    ''    ''''''Uki pcwtg''qh'Lwf kekcn'Qhhkegt ''
''    ''    ''    ''    ''    ''    ''    '''''    ''''''    ''    ''    ''    ''
''    ''    ''    ''    ''    ''    ''    '''''''aaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa''
''    ''    ''    ''    ''    ''    ''    '''''''P co g''cpf ''Vkvrg''qh'Lwf kekcn'Qhhkegt ''