CLERK, UNITED STATES DISTRICT COURT
P.O. BOX 2797
CAMDEN, NJ 08101

OFFICIAL BUSINESS

RECEIVED

DEC 22 2023

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

ATTN: Office of Clerk

From: Karen Tucker
One Brynwood Avenue
Marlton, NJ 08053
609 923 9086
New Complaint 2 copies
1 Copy for Judge Kugler.
Stamper is not working
12/22/2023 filed