U. S. District Court
District of New Jersey
Camden Division

RECEIVED
APR 25 2025
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

Tucker, Karen, Pro Se Plaintiff
vs.
(USAT) University of Science
Arts and Technology, College of Medicine, Defendants
Carla M. Konyk, Orien Tulp, Bruce Robinson
Frantz Sainvil, Cheryl Chance, Karen Baldwin

Letter
Civil Docket
#1:23-CV-23329-KMW-SAK

## Letter Requesting Expediting Motion Hearing

I am Karen Tucker, Plaintiff Pro Se pleading with the Court for expeditious review and in-person hearing in this time sensitive matter.

The ECFMG has withdrawn my application for taking the USMLE Step I and CK skills exam.

It is my hope that this case can proceed swiftly so that I am allow to reinstate my application for testing, to pursue residency training to become a licensed allopathic medical doctor.

It is unfortunate for this Plaintiff that without a jury trial and this Courts order Karen Tucker American dream and hard work will be for nothing at a great financial loss and emotional distress.

I am asking this Court for an order granting an urgent hearing scheduled as soon as possible.

Date: April 25, 2025

Kindest Regards Respectfully,
Karen Tucker, Plaintiff
18 Raymond Ave
Marlton, NJ 08053  (908) 590-6611

U.S. District Court.
District of New Jersey
Camden Division.

Tucker, Karen, Pro Se Plaintiff
    vs.
(USAT) University of Science, Arts,
and Technology, College of Medicine
et al., Defendant(s)

Order.

Civil Docket
No. 1:23-CV-23329-KMW-SAK

It Is Hereby So Granted for the Plaintiff expedited hearing within 30 days to allow complaint to proceed for Defendant(s) Answer of Complaint and Jury Trial Demand heard on the merits not on the papers.

It Is Hereby So Granted on this Day ____ April 2025

Hon. _____
Judge Karen M. Williams